# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147332 & (62)

MICHAEL BEYDOUN,
        Plaintiff-Appellee,

v

CHARLES BENJAMIN WILLS, JR.,
        Defendant,

and

CITY OF DETROIT,
        Defendant-Appellant.

_____/

SC: 147332
COA: 304729
Wayne CC: 09-026647-NI

On order of the Court, the motion to reopen the case is GRANTED. The application for leave to appeal the May 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



d0721

        Clerk